IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
_____

NOS.:  14-4081 and 14-4082
(5:12-cr-00373-FL1 and 5:12-cr-00373-FL2)
_____

UNITED STATES OF AMERICA,
Appellee,

v.

DONNIE FLYNN KING, SR. and LOU WELLS KING,
Defendants/Appellants.
_____

**MOTION FOR EXTENSION OF TIME TO FILE STATUS OF COUNSEL
FORM, CJA APPLICATION, AND TRANSCRIPT ORDER FORM AND MOTION TO
WITHDRAW AS COUNSEL AND TO APPOINT COUNSEL**

**COME NOW** the undersigned counsel, (Jason R. Harris for Donnie Flynn King, Sr.; Benjamin W. Deaver for Lou Wells King), and make limited appearances for purposes of showing unto the Court as follows:

1.  On January 23, 2014, the undersigned (who served as retained trial counsel), each filed Notices of Appeal on behalf of the Kings, who appeal to this Court from the Order granting the government's First Motion for Relief from obligation under the plea agreement, Order denying Donnie King's Motion for a Variance, and the sentence pronounced in court on January 10, 2014 and entered by United States District Judge Louise W. Flanagan in the United States District Court for the Western

1

District of North Carolina.

2.   On January 24, 2014, the undersigned each filed Motions to Withdraw as counsel of record with the district court.   As of the filing of this motion, counsels' Motions to Withdraw have yet to be ruled on by the district court.

3.   On January 28, 2014, the Kings' cases were consolidated. (DE #3).

4.   The undersigned and, upon information and belief, the Kings, received the Status of Counsel Form and CJA Application (DE #2-1 and #2-2), dated January 28, 2014, from the Fourth Circuit Court of Appeals.

5.   As of the date of filing of this Motion, the Kings have failed or refused to complete the Fourth Circuit's Status of Counsel Form and CJA Application, due February 7, 2014.   The Kings have also failed or refused to make arrangements for payment of transcripts.

6.   The Status of Counsel Form states that "Trial Counsel's representational obligations extend to assisting the defendant with perfecting the appeal."   Further, the Fourth Circuit's Appellate Rules of Procedure, Local Rule 3(b), requires counsel to file a docketing statement and transcript order form within 14 days of docketing of appeal.

7.   The appeal was docketed by the Court of Appeals on January 27, 2014, and, in accordance with Local Rule 3(b), the

undersigned have filed the docketing statement contemporaneously with this Motion and attached hereto as Exhibit "A" and "B" the transcript order forms absent completion of Section B regarding payment arrangements; however, the Kings have not made nor advised undersigned about payment arrangement for transcript requests.

8.    The undersigned inquired with opposing counsel about this request but did not receive a response in advance of this filing.

**WHEREFORE**, the undersigned, (Jason R. Harris for Donnie Flynn King, Sr.; Benjamin W. Deaver for Lou Wells King), respectfully request this Court as follows:  1) to extend the time for the Kings to complete the Status of Counsel form, CJA Application, and transcript order form; 2) to withdraw from any other obligation in connection with the perfection of the appeal; and 3) to appoint counsel for the Kings to assist with all further procedures before this Court.

Respectfully submitted, this 7th day of February, 2014.

**WELCH AND HARRIS, L.L.P.**
636 Court Street (28540)
P.O. Box 1398
Jacksonville, NC  28541
Telephone:  910-347-0161
Facsimile:  910-347-0164

/s/ Jason R. Harris_____
Jason R. Harris
N.C. State Bar No.:  27876
Email:  jrharris@welchharris.com

*Attorney for Appellant, Donnie Flynn King, Sr.*

**DEAVER & DEAVER, PLLC**
705 Princess Street
Wilmington, NC 28401
Telephone: 910-362-1919

/s/ Benjamin W. Deaver_____
Benjamin W. Deaver
N.C. State Bar No.: 29178
Email: b_deaver@bellsouth.net

*Attorney for Appellant, Lou Wells King*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a copy of foregoing **MOTION FOR EXTENSION OF TIME TO FILE STATUS OF COUNSEL FORM, CJA APPLICATION, AND TRANSCRIPT ORDER FORM AND MOTION TO WITHDRAW AS COUNSEL AND TO APPOINT COUNSEL** was filed electronically with the Court with notice of case activity to be generated and sent electronically by the Clerk of Court to:


Evan Rikhye, AUSA
U.S. Attorney's Office
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC  27601

Jennifer P. May-Parker, AUSA
U.S. Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC  27601


I HEREBY CERTIFY that I have mailed the foregoing **MOTION FOR EXTENSION OF TIME TO FILE STATUS OF COUNSEL FORM, CJA APPLICATION, AND TRANSCRIPT ORDER FORM AND MOTION TO WITHDRAW AS COUNSEL AND TO APPOINT COUNSEL** to the following non CM/ECF participants:


Donnie Flynn King, Sr.
5128 Oleander Drive
Wilmington, NC  28403

Lou Wells King
5128 Oleander Drive
Wilmington, NC  28403


This the 7th day of February, 2014.

**WELCH AND HARRIS, L.L.P.**
636 Court Street (28540)
P.O. Box 1398
Jacksonville, NC  28541
Telephone:  910-347-0161
Facsimile:  910-347-0164

/s/ Jason R. Harris_____
Jason R. Harris
N.C. State Bar No.:  27876
Email: jrharris@welchharris.com